United States District Court
Southern District of Texas
**ENTERED**
May 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Matthew R. Carter, § § § Plaintiff, § v. § § Civil Action No. H-24-2110 Octapharma Plasma Inc., § § § Defendant. § | |

## ORDER OF ADOPTION

On May 13, 2025, Magistrate Judge Yvonne Y. Ho issued a Memorandum and Recommendation (docket no. 48) recommending that Plaintiff, Matthew R. Carter's Motion for Summary Judgment (docket no. 45) be denied. The Court has carefully considered the Memorandum and Recommendation (docket no. 48) and the Plaintiff's objections (docket no. 51) and concludes that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation (docket no. 48) is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff Matthew R. Carter's Motion for Summary Judgment (docket no. 45) is **DENIED**.

**SIGNED** at Houston, Texas, on this the 28th day of May, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE