United States District Court
Southern District of Texas
**ENTERED**
August 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Matthew R. Carter,　　　　　§<br>　　　　　　　　　　　　　　§<br>　　　　Plaintiff,　　　　　§<br>v.　　　　　　　　　　　　　§<br>　　　　　　　　　　　　　　§<br>Octapharma Plasma Inc.,　　　§<br>　　　　　　　　　　　　　　§<br>　　　　Defendant.　　　　　§ | Civil Action No. H-24-2110 |

### ORDER OF ADOPTION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (docket no. 54) dated July 7, 2025, and no party having filed objections thereto, the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant Octapharma Plasma Inc.'s Motion for Summary Judgment (docket no. 47) is **GRANTED** and all of Plaintiff Matthew R. Carter's claims are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Plaintiff Matthew R. Carter's Motion to Proceed In Forma Pauperis (docket no. 55) is **DENIED AS MOOT**.

**SIGNED** at Houston, Texas, on this the 12th day of August, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE