United States District Court
Southern District of Texas
**ENTERED**
August 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Matthew R. Carter, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § Civil Action No. H-24-2110 | |
| Octapharma Plasma Inc., § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's Memorandum and Recommendation, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff Matthew R. Carter's claims against Defendant, Octapharma Plasma Inc., are **DISMISSED WITH PREJUDICE.**

Plaintiff shall **TAKE NOTHING** on the claims asserted in this case.

Costs shall be taxed against Plaintiff

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 12th day of August, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE